Filed 10/21/15  P. v. Burns CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOHN GRAY BURNS,<br><br>    Defendant and Appellant. | 2d Crim. No. B264144<br>(Super. Ct. No. KA108269)<br>(Los Angeles County) |

John Gray Burns appeals the conviction entered after he pled no contest to driving in willful or wanton disregard for safety while fleeing from a pursuing police officer (Veh. Code, § 2800.2) and admitted a prior strike (Pen. Code, §§ 667, subds. (b) - (j), 1170.12, subds. (a) - (d)).  The trial court sentenced him to two years and eight months in state prison.

Appellant sped away from police officers during a traffic stop.  A chase ensued and appellant crashed into another car.  After a foot chase, a police dog found appellant hiding on the side of a residence.  Appellant jumped a fence and entered the adjacent residence.  The dog found him hiding in a closet.  Appellant attacked the dog and was repeatedly bitten.  He eventually surrendered and was arrested.

We appointed counsel to represent appellant in this appeal.  After examining the record, counsel filed an opening brief raising no issues.  On August 31,

2015, we advised appellant that he had 30 days to personally submit any contentions he wished us to consider. We received no response.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 126; *People v. Wende* (1979) 25 Cal.3d 436, 443.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.


We concur:


GILBERT, P. J.


YEGAN, J.

2

Jack P. Hunt, Judge

Superior Court County of Los Angeles

_____

Christian C. Buckley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.